No. 12–6713. ELLIS *v.* BREWER. C. A. 5th Cir. Certiorari denied.

No. 12–6714. BIRDETTE ET AL. *v.* PUBLISHERS CLEARING HOUSE. C. A. 11th Cir. Certiorari denied.

No. 12–6727. KOHLMEYER *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 12–6749. LINDER *v.* DONAT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6761. WOODARD *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6782. FORD *v.* SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6805. BAILEY *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6808. SANTIAGO *v.* ANDERSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–6824. WOODS *v.* OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–6835. CIACCI *v.* HAWAII. C. A. 9th Cir. Certiorari denied.

No. 12–6884. QUIROZ *v.* MCDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6923. COWAN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–6924. MAJEED *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6927. LANCASTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–6928. EDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6929. REPLOGLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.